IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON L. SCOTT,<br>     **Plaintiff,** | )<br>)<br>) |
| v. | )   CIVIL ACTION 1:20-00163-KD-M<br>) |
| ROAD KING TRANSPORT SVC, LLC, *et al.*,<br>     **Defendants.** | )<br>) |

**ORDER**

This matter is before the Court on the parties' notice of settlement.

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **thirty (30) days** of the date of this Order should the settlement agreement not be consummated.

Each party shall bear his or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **12th** day of **February 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**